No. 317, Misc. BROWN v. BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Thurgood Marshall, David Levinson* and *Jack Greenberg* for petitioner. *Richardson Dilworth* filed a brief for the State of Pennsylvania in opposition. *Eugene Cook,* Attorney General, *Robert H. Hall,* Assistant Attorney General, and *James W. Tracey, Jr.* and *Lamar W. Sizemore,* Deputy Assistant Attorneys General, for the State of Georgia, respondent.

No. 318, Misc. MARKHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 347, Misc. O'LEARY, ADMINISTRATRIX, v. UNITED STATES LINES Co. C. A. 1st Cir. Certiorari denied. *Samuel B. Horovitz* for petitioner. *G. Philip Wardner* for respondent.

No. 473, October Term, 1953. ALKER ET AL. v. BUTCHER & SHERRERD ET AL., 346 U. S. 925. Motion for leave to file a third petition for rehearing denied.

No. 672, October Term, 1953. FRAVER v. STUDEBAKER CORPORATION, 347 U. S. 968. Motion for leave to file petition for rehearing denied.

No. 402, Misc., October Term, 1953. POWELL v. UNITED STATES, 347 U. S. 961. Motion for leave to file a second petition for rehearing denied.